

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re: Lori Lea Perkins                        Case No. 22-00160
       Debtor                                Chapter 13

### ORDER

On or about August 23, 2022, the Bankruptcy Court issued a Notice regarding Debtor's Motion To Determine The Validity Of Fees Claimed In The Notice of Postpetition Mortgage Fees, Expenses, and Charges Related to Proof of Claim #10. There being no written response filed to the Debtor's Objection, it is **ADJUDGED**, **ORDERED** and **DECREED** that the Debtor's Motion To Determine The Validity Of Fees Claimed In The Notice of Postpetition Mortgage Fees, Expenses, and Charges Related to Proof of Claim #10 filed by SN Servicing be hereby granted.  It is hereby

**ORDERED** that SN Servicing's postpetition mortgage fees, expenses, and charges, as they relate to the Notice filed by SN Servicing on August 19, 2022, at Docket #34, are denied and will not be paid.

Submitted by:
Todd Johnson
PO Box 519
Morgantown, WV 26507